**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Capital Teas, Inc.** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  Capteas, Inc.** **FDBA  Capital Teas, LLC** | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2281284** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1814 Margaret Avenue** **Annapolis, MD 21401** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Anne Arundel** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **capitalteas.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Capital Teas, Inc.**                                          Case number (*if known*) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5499__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Capital Teas, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Capital Teas, Inc.**                                          Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 11, 2017**
               MM / DD / YYYY

**X** **/s/ Peter Martino**                                    **Peter Martino**
Signature of authorized representative of debtor               Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X** **/s/ Lawrence J. Yumkas**                    Date    **July 11, 2017**
Signature of attorney for debtor                           MM / DD / YYYY

**Lawrence J. Yumkas**
Printed name

**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**
Firm name

**10211 Wincopin Circle, Suite 500**
**Columbia, MD 21044**
Number, Street, City, State & ZIP Code

Contact phone    **(443) 569-0758**    Email address    **lyumkas@yvslaw.com**

**06357**
Bar number and State

**RESOLUTIONS OF THE BOARD OF DIRECTORS**
**OF**
**CAPITAL TEAS, INC.**
**(a Maryland corporation)**
**APPROVED AT**
**A SPECIAL MEETING OF THE BOARD OF DIRECTORS**

In accordance with the Maryland General Corporation Law and the By-Laws of the Corporation, dated as of June 30, 2016, the board of directors of Capital Teas, Inc. held a special meeting on the 7th day of July, 2017 by in person conference and by telephone. The special meeting was called by Peter Marino, President of the Company, to discuss the financial condition of the Corporation and consider the filing of a Chapter 11 bankruptcy petition. After a review of the finances of the Corporation, a motion approving the following resolutions was adopted by a majority of directors present at the meeting:

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Peter Martino is authorized, empowered and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation;

Be It Further Resolved that Peter Martino is authorized, empowered and directed to negotiate and secure initial Debtor-in-Possession ("DIP") financing of $175,000 from Willard Umphrey to meet the immediate funding needs of the corporation, on such terms as Peter Martino believes are reasonable and consistent with the market for such loans;

Be It Further Resolved that Peter Martino is authorized, empowered and directed to seek, negotiate, and secure additional DIP financing up to $1.0 million from other lender(s), such additional financing as may be required to fulfil the needs of the corporation during the Chapter 11 voluntary bankruptcy case, on such terms as Peter Martino believes are reasonable and consistent with the market for such loans;

Be It Further Resolved, that Peter Martino is authorized, empowered and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all documents he deems necessary or appropriate on behalf of the corporation in connection with such bankruptcy case;

Be It Further Resolved, that Peter Martino is authorized, empowered and directed to employ Lawrence J. Yumkas and the law firm of Yumkas, Vidmar Sweeney & Mulrennin, LLC to represent the corporation in such bankruptcy case; AND

Be It Further Resolved, that all acts and deeds of any officer, employee or agent of the corporation heretofore taken in connection with, or related to, such bankruptcy case prior to the date hereof are hereby ratified and confirmed.

CERTIFICATION

The undersigned does hereby certify that the foregoing resolutions were voted on, adopted and approved at a duly called Special Meeting of the Board of Directors of the Corporation, at which a quorum was present, at 10:00 a.m. (EDT) on July 7, 2017.

By: _____

Name: Paul R. Koch
Title: Assistant Secretary

4850-2306-9461, v. 1

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Capital Teas, Inc.**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  **DISTRICT OF MARYLAND**</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dethlefsen & Balk, Inc.** **1005 North Commons Drive Aurora, IL 60504** | **Sandra Ruge** sandra@dethlefsen-balk.us 630-851-8549 | **trade debt** | | | | $95,084.21 |
| **Regal Dynamic 107 Snowy Egret Way Sebastian, FL 32958** | **John Reitano** reitano114@msn.com | **trade debt (Cherry Creek store)** | | | | $86,134.05 |
| **Royston LLC P. O. Box 742380 Atlanta, GA 30374-2380** | **info@roystonllc.com** 800-334-1766 | **trade debt** | | | | $79,009.04 |
| **Taubman Cherry Creek Shopping Center Commercial Bank-Dept 89801 P. O. Box 67000 Detroit, MI 48267-0898** | **Michele L. Walton, VP, Senior Counsel** mwalton@taubman.com 248-258-7225 | **rent for Store 28-CC** | | | | $72,791.38 |
| **Haelssen & Lyon North America Corp. 39 West 38th Street, Suite 11E New York, NY 10018** | **Holger Lohs, CEO** hlohs@haelssen-lyon.com 212-480-5721 | **trade debt** | | | | $64,892.44 |
| **K&J Woodworks 86 South Old Spanish Trail Uhland, TX 78640** | **Brett Burich** brett@kjwoodworks.com 512-848-3704 | **trade debt** | | | | $54,098.77 |
| **Bridgewater Commons Mall II, LLC SDS-12-2893 P. O. Box 86 Minneapolis, MN 55486-2893** | **Troy Fischer, General Manager** troy.fischer@ggp.com 908-218-7832 | **rent for Store 19-BR** | | | | $40,603.83 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __Capital Teas, Inc._____     Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Christiana Mall LLC SDS-12-3026 P. O. Box 86 Minneapolis, MN 55486-3026 | Joshua Gardner joshua.gardner@generalgrowth.com 301-204-4299 | rent for Store 25-CM | | | | $38,530.79 |
| Towson Town Center, LLC c/o Four State Properties LLC SDS-12-2891 P. O. Box 86 Minneapolis, MN 55486-2891 | Lisa Bisenius, General Manager lisa.bisenius@ggp.com 410-583-6607 | rent for Store 12-TK (22-TC) | | | | $38,082.21 |
| Fairfax Company of Virginia LLC Department 56501 P. O. Box 67000 Detroit, MI 48267-0565 | shopfairoaks@taubman.com 703-359-8300 | rent for Store 18-FO | | | | $35,692.50 |
| Eskridge (E&A), LLC Dept. 2356 P. O. Box 822315 Philadelphia, PA 19182-2315 | Christina Alire, General Manager calire@edens.com 240-507-1602 | rent for Store 06-MC | | | | $33,593.17 |
| Mall in Columbia Business Trust GGP Limited Partnership SDS-12-2738 P. O. Box 86 Minneapolis, MN 55486-2738 | Barbara Nicklas, General Manager barbara.nicklas@ggp.com 410-992-6121 | rent for Store 11-CK (23-CM) | | | | $33,243.47 |
| TB Mall at UTC LLC P. O. Box 674647 Detroit, MI 48267-4647 | Michele L. Walton, VP, Senior Counsel mwalton@taubman.com 248-258-7225 | rent for Store 21-UC | | | | $32,598.33 |
| Penn Ross Joint Venture 1326 Paysphere Circle Chicago, IL 60674 | Brittany Kime, Esquire brittany.kime@simon.com 317-263-7054 | rent for Store 26-RP | | | | $29,388.09 |
| Historic Annapolis c/o Hyatt Commercial 200 Westgate Circle, Suite 502 Annapolis, MD 21401 | info@hyattcommercial.com 410-266-8800 | rent for Store 01-77 | | | | $28,103.85 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Capital Teas, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kain Family Limited Partnership, LLC 1601 Connecticut Avenue, Suite 501 Washington, DC 20009 | Michael Kain 202-387-0606 | rent for Store 05-DC | | | | $27,259.51 |
| Tampa Westshore Associates LP Department 177001 P. O. Box 67000 Detroit, MI 48267-1770 | internationalplaza @taubman.com 813-342-3790 | rent for Store 20-IP | | | | $25,020.39 |
| Mall at Miami International LLC P. O. Box 643171 Pittsburgh, PA 15264-3171 | Brittany Kime, Esquire brittany.kime@sim on.com 317-263-7054 | rent for Store 24-MI | | | | $22,927.83 |
| Staples & Charles 731 8th Street SE, Suite 302 Washington, DC 20003 | Barbara Fahs Charles bcharles@staplesa ndcharles.com 202-543-5738 | rent for Store 08-CH | | | | $22,757.31 |
| CareFirst BlueCross BlueShield P. O. Box 79749 Baltimore, MD 21279-0749 | Mather Service Team/Group 1X0W 443-738-2400 | health insurance | | | | $22,726.68 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re   **Capital Teas, Inc.**

Case No. _____

Debtor(s)

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Acclaim Financial Group, LLC** | | **154,059 shares** | **Common Stock** |
| **Jennifer Dougherty** | | **1,984 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **Kathryn Collings Laing** | | **12,266 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **Kathryn Collings Laing** | | **13,257 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **Kathryn Collings Laing** | | **30,096 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **Peter & Manelle Martino** | | **845,941 shares** | **Common Stock** |
| **USB Focus Fund Capital Teas 2, LLC** | | **601,926 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **USB Focus Fund XXIX, LLC** | | **357,143 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **USB Focus Fund XXIX, LLC** | | **357,143 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **Willard L. Umphrey** | | **20,202 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **Willard L. Umphrey** | | **1,263 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **Willard L. Umphrey** | | **22,457 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **Willard L. Umphrey** | | **90,289 shares** | **Series A Preferred Stock $0.01 Par Value** |
| **Willard L. Umphrey** | | **285,714 shares** | **Series A Preferred Stock $0.01 Par Value** |

In re:   **Capital Teas, Inc.**                                    Case No. _____
_____
                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Willard L. Umphrey** | | **598,658 shares** | **Series B Preferred Stock $0.001 Par Value** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **July 11, 2017**                        Signature   **/s/ Peter Martino**
_____                    **Peter Martino**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    **Capital Teas, Inc.**                                       Case No.

                                         Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 11, 2017**                        **/s/ Peter Martino**

                                                 **Peter Martino**/CEO
                                                 Signer/Title

A Clear View - National Harbor
P. O. Box 502
New Freedom, PA 17349


ACE Funding Source, LLC
366 North Broadway, Suite 410
Jericho, NY 11753


Acme Paper & Supply Company, Inc.
P. O. Box 75087
Baltimore, MD 21275


ADEK Productions
1801 West Street, Suite 100 & 105
Annapolis, MD 21401


ADT Security Services, Inc.
P. O. Box 371878
Pittsburgh, PA 15250-7878


Ambiance Radio
79 East Daily Drive, Suite 263
Camarillo, CA 93010


Amerishop Suburban, L. P.
P. O. Box 6203
Dept. Code SPAA1578
Hicksville, NY 11802-6203


Appearances Window Cleaning
P. O. Box 4488
Midlothian, VA 23112


Appsydo.Com LLC
1001 Adcock Road
Lutherville, MD 21093

April Toner LLC
2400 Boston Street, Suite 102
Baltimore, MD 21224

Arlington County Treasurer
P. O. Box 1754
Merrifield, VA 22116-1754

AT&T
P. O. Box 5014
Carol Stream, IL 60197-5014

AT&T
Attention: Bankruptcy Department
1801 Valley View Lane
Farmers Branch, TX 75234

AT&T Mobility
P. O. Box 6463
Carol Stream, IL 60197-6463

Axa Equitable
Payment Center Box 371405
Pittsburgh, PA 15250-7405

Bag Arts, LLC
20 West 36th Street, 5th Floor
New York, NY 10018

Bags & Bows
P. O. Box 88042
Chicago, IL 60680-1042

Baker Donelson
100 Light Street
Baltimore, MD 21202

BGE
P. O. Box 13070
Philadelphia, PA 19101-3070


BGE Home
P. O. Box 43720
Baltimore, MD 21236-0720


BGE Legal Department
2 Center Plaza, 15th Floor
110 West Fayette Street
Baltimore, MD 21201


Breville USA, Inc.
Lockbox 347286
500 Ross Street 154-0460
Pittsburgh, PA 15262


Bridgewater Commons Mall II, LLC
SDS-12-2893
P. O. Box 86
Minneapolis, MN 55486-2893


CareFirst BlueCross BlueShield
P. O. Box 79749
Baltimore, MD 21279-0749


Century Link
P. O. Box 1319
Charlotte, NC 28201-1319


CFO Source, LLC
1204 Taylor Avenue
Halethorpe, MD 21227


Cherry Creek Shopping Center
Attn: Management Office
3000 E First Avenue
Denver, CO 80206

Chesapeake Telephone
8225A Cloverleaf Drive
Millersville, MD 21108


Christiana Mall LLC
SDS-12-3026
P. O. Box 86
Minneapolis, MN 55486-3026


CHTD Company
P. O. Box 2576
Springfield, IL 62708


Cintas
P. O. Box 630910
Cincinnati, OH 45263-0910


Cintas
P. O. Box 630803
Cincinnati, OH 45263-0803


Cintas
PO Box 630803
Cincinnati, OH 45263-0803


Cintas
P. O. Box 88005
Chicago, IL 60680-1005


Cintas
P. O. Box 360910
Cincinnati, OH 45263-0910


Cintas Managed Solutions
P. O. Box 9001
Great River, NY 11739

City of Charlottesville
Dept of Finance Utility Billing Office
P. O. Box 591
Charlottesville, VA 22902


CityPlace Retail, LLC
P. O. Box 200958
Pittsburgh, PA 15251-0958


Colorado Department of Revenue
Denver, CO 80261-0008


Comcast
P. O. Box 3005
Southeastern, PA 19398-3005


Comcast
P. O. Box 3002
Southeastern, PA 19398-3002


Comcast
P. O. Box 105184
Atlanta, GA 30348-5184


Comcast
P. O. Box 3001
Southeastern, PA 19398-3001


Comcast
P. O. Box 37601
Philadelphia, PA 19101-0601


Comcast Cable Communications, LLC
Attention: Law Department-Bankruptcy
One Comcast Center
Philadelphia, PA 19103-2838

Comptroller of Maryland
Revenue Administration Division
110 Carroll Street, Correspondence Unit
Annapolis, MD 21411


Constellation Home
Bill Payment Center
P. O. Box 43720
Nottingham, MD 21236-0720


Corporate Services Consultants, LLC
P. O. Box 1048
Dandridge, TN 37725


Corporation Service Company, as rep.
P. O. Box 2576
Springfield, IL 62708


Cox Communications
P. O. Box 182819
Columbus, OH 43218-2819


Coyote Logistics LLC
P. O. Box 742636
Atlanta, GA 30374-2636


Crestview Financial LLC
1430 Broadway, Suite 402
New York, NY 10018-3308


Criteo Corp.
367 Park Avenue South
New York, NY 10016


CRL Associates, Inc.
1660 Lincoln Street, Suite 1800
Denver, CO 80264

D CAY Group, LLC
2070 Melrose Terrace
Cumming, GA 30041


D'Camera Group
200 West Street
Annapolis, MD 21401


DC Treasurer
Office of Tax and Revenue
P. O. Box 96384
Washington, DC 20090-6384


DCI Architects, LLC
Attention: Emmanuel Mdingi
15104 Spring Meadows Drive
Germantown, MD 20874


Delaware Division of Revenue
P. O. Box 2340
Wilmington, DE 19899-2340


Design Kollaborative Architects/Planners
24 NE 24th Avenue
Pompano Beach, FL 33062


Dethlefsen & Balk, Inc.
1005 North Commons Drive
Aurora, IL 60504


Dominion Energy
P. O. Box 26666
Richmond, VA 23261


Dominion Virginia Power
P. O. Box 26543
Richmond, VA 23290-0001

Economy Pest
721 Bestgate Road
Annapolis, MD 21401


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Elana Byrd
91 Tarragon Lane
Edgewater, MD 21037


Epic Litho
751 Pike Springs Road
Phoenixville, PA 19460


Epoca International Inc.
931 Clint Moore Road
Boca Raton, FL 33487


Eskridge (E&A), LLC
Dept. 2356
P. O. Box 822315
Philadelphia, PA 19182-2315


Express Capital Funding
640 South San Vicente Boulevard
Los Angeles, CA 90048


Exxon Mobil/GECC
P. O. Box 688938
Des Moines, IA 50368-8938


Fairfax Company of Virginia LLC
Department 56501
P. O. Box 67000
Detroit, MI 48267-0565

Falcon Express Transportations, Inc.
12200 Indian Creek Court, Suite 165A
Beltsville, MD 20705


FastSigns of Annapolis
1907 West Street, Suite 101
Annapolis, MD 21401


Fellow
1426 Minnesota Street
San Francisco, CA 94107


Fish Window Cleaning - NJ
P. O. Box 191
Basking Ridge, NJ 07920


Florida Department of Revenue
5050 West Tennessee Street, Building L
Tallahassee, FL 32399-0112


FPL
General Mail Facility
Miami, FL 33188-0001


Frederick S. Rolandi, III
10708 Alloway Drive
Potomac, MD 20854


Freight Quote
P. O. Box 9121
Minneapolis, MN 55480-9121


Glassdoor, Inc.
100 Shoreline Highway
Mill Valley, CA 94941

Granite Telecommunications
P. O. Box 983119
Boston, MA 02298-3119


Guardian Fire Protection
7668 Standish Place
Derwood, MD 20855


Haelssen & Lyon North America Corp.
39 West 38th Street, Suite 11E
New York, NY 10018


Hague Quality Water of Maryland
814 East College Parkway
Annapolis, MD 21409


Historic Annapolis
c/o Hyatt Commercial
200 Westgate Circle, Suite 502
Annapolis, MD 21401


Hoffman Media LLC
1900 International Park Drive, Suite 50
Birmingham, AL 35243


International Environmental Management
24516 Network Place
Chicago, IL 60673-1245


K&J Woodworks
86 South Old Spanish Trail
Uhland, TX 78640


Kagan Law Group, LLC
238 West Street
Annapolis, MD 21401

Kain Family Limited Partnership, LLC
1601 Connecticut Avenue, Suite 501
Washington, DC 20009


Keter Environmental Services, Inc.
P. O. Box 417468
Boston, MA 02241-7498


LOANBLOG
548 Market Street #35697
San Francisco, CA 94104


M Block & Sons
5020 W 73rd Street
Bedford Park, IL 60499-2131


Mall at Miami International LLC
P. O. Box 643171
Pittsburgh, PA 15264-3171


Mall in Columbia Business Trust
GGP Limited Partnership
SDS-12-2738 P. O. Box 86
Minneapolis, MN 55486-2738


Marriott Courtyard Annapolis
P. O. Box 741574
Atlanta, GA 30374


Metropolitan Tea Company LTD
60 Industrial Parkway, Suite 776
Cheektowago, NY 14227


Miya Company
73 Chambers Brook
Somerville, NJ 08876

Mullen, Sondberg, Wimbish & Stone, P.A.
2553 Housley Road, Suite 200
Annapolis, MD 21401


N.J. Division of Taxation
P. O. Box 999
Trenton, NJ 08646-0999


Nextopia Software Corp.
260 King Street East, Suite A200
Toronto, ON M5A 4L5 Canada


NH GS Manager Inc.
P. O. Box 75740
Baltimore, MD 21275-5740


NH-D Retail Investment, LLC
Attention: NH GS Manager
P. O. Box 75740
Baltimore, MD 21275-5740


OCT Stonefield Property Owner
c/o O'Connor Property Management LLC
240 Royal Palm Way, 2nd Floor
Palm Beach, FL 33480


Old Dominion Cleaning Co., Inc.
7309 Highland Street
Springfield, VA 22150


Old Dominion Freight Line, Inc.
P. O. Box 415202
Boston, MA 02241-5202


Orkin
10843 Main Street
Fairfax, VA 22030-4713

PA Department of Revenue
B.I.D.M.
P. O. Box 280406
Harrisburg, PA 17128-0406


PECO - Philadelphia
P. O. Box 37629
Philadelphia, PA 19101-0629


Penn Ross Joint Venture
1326 Paysphere Circle
Chicago, IL 60674


Pepco
P. O. Box 13608
Philadelphia, PA 19101-3608


PEPCO Holdings
701 Ninth Street, N.W.
Washington, DC 20068


Peter Martino
1814 Margaret Avenue
Annapolis, MD 21401


Peter Martino Foundation
c/o John C. Hook, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103


Pfeifer & Langen
Postfach 45 10 80, 50885 Köln
Germany


Philadelphia Gas Works
P. O. Box 11700
Newark, NJ 07101-4700

Planetary Design, LLC
4685 Expressway
Missoula, MT 59808


PLS Logistics Services
5119 Reliable Parkway
Chicago, IL 60686-0051


POSitive Technology
20010 Century Boulevard, Suite 401
Germantown, MD 20874


Principal National Life
c/o Robert Cinalli
40 Monument Road
Bala Cynwyd, PA 19004


Protection One Alarm Monitoring Inc.
P. O. Box 219044
Kansas City, MO 64121-9044


PSE&G Co.
P. O. Box 14444
New Brunswick, NJ 08906-4444


Quench USA, Inc.
P. O. Box 781393
Philadelphia, PA 19178-1393


R&R Mechanical Services
4313 Factory Street
Philadelphia, PA 19124


Regal Dynamic
107 Snowy Egret Way
Sebastian, FL 32958

ReliaStar Life Insurance Co.
c/o ING Customer Service Center
P. O. Box 5075
Minot, ND 58702-5075


Retail Maintenance Specialists & Constr
1995 Swarthmore Avenue, Suite 2
Lakewood, NJ 08701


Rishi Tea
185 South 33rd Court
Milwaukee, WI 53208


Royston LLC
P. O. Box 742380
Atlanta, GA 30374-2380


S. Freedman & Sons, Inc.
P. O. Box 1418
Hyattsville, MD 20785-0418


Shoregate of Margaret Avenue, LLC
115 North Harrison Street
Easton, MD 21601


Signs by Tomorrow
130 East Lancaster Avenue
Ardmore, PA 19003


Slap Properties
323 Walden Road
Wilmington, DE 19803-2423


Solutions Window Cleaning
P. O. Box 86
 21658

Staples & Charles
731 8th Street SE, Suite 302
Washington, DC 20003


Staples Advantage
P. O. Box 415256
Boston, MA 02241-5256


Strategic Funding Source, Inc.
211 D Bulifants Boulevard, Suite E
Williamsburg, VA 23188


Street Retail, Inc.
c/o Federal Realty Investment Trust
Lockbox #9320
P. O. Box 8500
Philadelphia, PA 19178-9320


Street Retail, Inc. - Property #1028
c/o Federal Realty Investment Trust
Lockbox #9320
P. O. Box 8500
Philadelphia, PA 19178-9320


Street Retail, Inc. - Property #3603
Lockbox #9320
P. O. Box 8500-9320
Philadelphia, PA 19178-9320


Tampa Westshore Associates LP
Department 177001
P. O. Box 67000
Detroit, MI 48267-1770


Taubman Cherry Creek Shopping Center
Commercial Bank-Dept 89801
P. O. Box 67000
Detroit, MI 48267-0898

Tax Guard, Inc.
 1750 14th Street, Suite 201
Boulder, CO 80302


TB Mall at UTC LLC
P. O. Box 674647
Detroit, MI 48267-4647


Tech 24 - Commercial Foodservice Repair
c/o Fifth Third Bank
P. O. Box 638959
Cincinnati, OH 45263-8959


TechCXO
1911 Grayson Highway, Suite 8/122
Grayson, GA 30017


The Hartford
P. O. Box 2907
Hartford, CT 06104-2907


The Tea Room
130 Doolittle Drive, Suite 2
San Leandro, CA 94577-1028


TOG - Mosaic
P. O. Box 1240
Attleboro, MA 02703


Towson Town Center, LLC
c/o Four State Properties LLC
SDS-12-2891 P. O. Box 86
Minneapolis, MN 55486-2891


Towson Town Center, LLC
c/o Four State Properties LLC
SDS-12-2891 P. O. Box 86
Minneapolis, MN 55486-2871

Uline
Attention: Accounts Receivable
P. O. Box 88741
Chicago, IL 60680


UNEEDA Disposal Service, Inc.
P. O. Box 6523
Capitol Heights, MD 20791-6523


UPS
P. O. Box 7247-0244
Philadelphia, PA 19170-0001


UPS Freight
P. O. Box 533238
Charlotte, NC 28290-3238


Urban Eventours, Inc.
1423 Knights Bridge Turn
Crofton, MD 21114


Urban Neon
500 Pine Street, Suite 3B
Holmes, PA 19043


USB Focus Fund Capital Teas 2 LLC
c/o Pear Tree Partners, L.P.
55 Old Bedford Road
Lincoln, MA 01773


USB Focus Fund XXIX, LLC
55 Old Bedford Road
Lincoln, MA 01773


Verizon
P. O. Box 660720
Dallas, TX 75266-0720

Verizon
P. O. Box 4830
Trenton, NJ 08650-4830


Verizon
P. O. Box 15124
Albany, NY 12212-5124


Verizon
P. O. Box Box 660720
Dallas, TX 75266-0720


Verizon - FIOS
P. O. Box 920041
Dallas, TX 75392-0041


Virginia Department of Taxation
Commonwealth of Virginia
P. O. Box 1777
Richmond, VA 23218-1777


Ward Trucking LLC
P. O. Box 1553
Altoona, PA 16603


Washington Gas□□
P. O. Box 37747
Washington, DC 19101-5047


Washington Gas□□
P. O. Box 37747
Philadelphia, PA 19101-5047


Waste Management of Maryland
P. O. Box 13648
Philadelphia, PA 19101-3648

WebBank
c/o CAN Capital Asset Servicing, Inc.
155 North 400 West, Suite 315
Salt Lake City, UT 84103


Westfield Property Management LLC
2049 Century Park East, 41st Floor
Los Angeles, CA 90067


Willard Packaging Co.
P. O. Box 27
Gaithersburg, MD 20884


Willard Umphrey 1996 Rev. Trust
c/o U.S. Boston Capital Corporation
55 Old Bedford Road
Lincoln, MA 01773


Xcel Energy
P. O. Box 9477
Minneapolis, MN 55484-9477


Yes Energy
Fairfax Company of Virginia
Department 56501
P. O. Box 67000
Detroit, MI 48267-0002


Yes Energy
Dept. 177001
Tampa Westshore LP
P. O. Box 67000
Detroit, MI 48267-1770


Yes Energy
Taubman - Cherry Creek Center
Dept. 89801
P. O. Box 67000
Detroit, MI 48267-0002

# United States Bankruptcy Court
## District of Maryland

In re   **Capital Teas, Inc.** _____

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Capital Teas, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**USB Focus Fund Capital Teas 2, LLC**

**USB Focus Fund XXIX, LLC**

**USB Focus Fund XXIX, LLC**

☐ None [*Check if applicable*]

**July 11, 2017** _____

Date

**/s/ Lawrence J. Yumkas** _____

**Lawrence J. Yumkas 06357**

Signature of Attorney or Litigant

Counsel for   **Capital Teas, Inc.**

**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**

**10211 Wincopin Circle, Suite 500**
**Columbia, MD 21044**
**(443) 569-0758 Fax:(410) 571-2798**
**lyumkas@yvslaw.com**