# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| **Capital Teas, Inc.,** | ) |
| | ) |
| Debtor. | ) |
| | )    **Case No. 17-19426** |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11 of the United States Code, Strategic Funding Source, Inc. ("SFS"), by and through its undersigned counsel, VLP Law Group, LLP, hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this case, be given to and served upon the following:

> Mark D. Taylor, Esq.
> VLP Law Group
> 1629 K Street, NW, Suite 300
> Washington, DC 20006
> Telephone: (202) 759-4890
> Facsimile: 202-759-4891
> Email: mtaylor@vlplawgroup.com

**PLEASE TAKE FURTHER NOTICE** that this request (the "Request") constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified

Mark D. Taylor, Esq.
VLP Law Group
1629 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 759-4890
Facsimile: 202-759-4891
Email: mtaylor@vlplawgroup.com
Counsel for Strategic Funding Source, Inc.

above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (i) the above-captioned debtor (the "Debtor"); (ii) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest; or (iii) property or proceeds thereof in possession, custody or control of others that the Debtor may seek to use.

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) SFS's right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) SFS's right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) SFS's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which SFS is or may be entitled under any agreement(s), in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: July 12, 2017

*/s/ Mark D. Taylor*
Mark D. Taylor, Esq. (MD Fed Bar No. 013418)
VLP Law Group
1629 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 759-4890
Email: mtaylor@vlplawgroup.com

*Counsel for Strategic Funding Source, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2017, a true and exact copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which in turn will send notification of such filing to all interested parties of record.

                                                    */s/ Mark D. Taylor*
                                                      Mark D. Taylor

//